UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RODNEY BRADSHAW, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THOMAS J. VILSACK, ) <br>   Secretary, United States ) <br>   Department of Agriculture,[1] ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 04-1422 (PLF) |

ORDER AND JUDGMENT

For the reasons set forth in the accompanying Opinion, Findings of Fact and Conclusions of Law, the Court hereby enters judgment for the defendant. The Clerk of the Court shall remove this case from the docket of this Court. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: September 2, 2021

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes as defendant the current Secretary of the United States Department of Agriculture, Thomas J. Vilsack, for former Secretary Sonny Perdue.